*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided May 2, 2002

STATE OF CONNECTICUT *v.* JERRY RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 303 (AC 21086), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided May 2, 2002